1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9
10   FIDEL ERNESTO CASTRO,          )        No. SACV 09-461-PSG (AGR)
11                  Petitioner,     )
                                    )        JUDGMENT
12        v.                        )
13   FERNANDO GONZALEZ, Warden,     )
14                  Respondent.     )
15   ───────────────────────────────)

16        Pursuant to the Order Accepting Findings and Recommendation of United
17   States Magistrate Judge,
18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with
19   prejudice.
20
21   DATED: ___1/20/12___          _____
22                                       PHILIP S .GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28